**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SCOTT A. PRICE,**

      **Plaintiff,**

      **v.**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

Case No. 2:14-02101
**JUDGE GREGORY L. FROST**
**Magistrate Judge Deavers**

### ORDER

This matter is before the Court for consideration of the parties' joint stipulation to remand this case to the Commissioner of Social Security (the "Commissioner") pursuant to sentence four of section 205(g) of the Social Security Act (the "Act"), 42 U.S.C. § 405(g), in order to allow the Administrative Law Judge to reassess Plaintiff's residual functional capacity ("Stipulation"). (ECF No. 17.)  The Court **APPROVES** the Stipulation and **DIRECTS** the Clerk to enter judgment in Plaintiff's favor and remand this case to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four.

      **IT IS SO ORDERED**.

      **/s/ Gregory L. Frost**
      **GREGORY L. FROST**
      **UNITED STATES DISTRICT JUDGE**